DOWNEY BRAND LLP
STEPHEN J. MEYER (Bar No. 75326)
TORY E. GRIFFIN (Bar No. 186181)
KELLY L. POPE (Bar No. 235284)
1420 Rocky Ridge Dr., Suite 250
Roseville, CA 95661-2859
Telephone: (916) 773-2100
Facsimile: (916) 773-4004
smeyer@downeybrand.com
tgriffin@downeybrand.com
kpope@downeybrand.com

Attorneys for Plaintiff
Net Connection Hayward, LLC


MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Net Connection Hayward, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>City of Hayward,<br><br>   Defendant. | Case No. C13-1212 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESET HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

On March 26, 2013, this Court issued an order granting the application for temporary restraining order filed by Plaintiff Net Connection Hayward, LLC ("Net Connection"), and

1  ordering the defendant City of Hayward to show cause why a preliminary injunction should not
2  be issued. The Court set the hearing on the order to show cause for April 9, 2013, at 10:00 a.m.,
3  and subsequently issued a notice resetting the hearing to April 9, 2013, at 1:00 p.m.
4      Following the setting of the April 9, 2013, hearing date by the Court, counsel for Net
5  Connection and the City of Hayward learned that key witnesses for both parties were not
6  available for the April 9, 2013 hearing date. Counsel for the parties conferred regarding this
7  scheduling issue, and subsequently brought the issue to the Court's attention. The Court advised
8  counsel that the hearing could be continued to April 30, 2013, if the parties so stipulated.
9      The parties, by and through their counsel of record, HEREBY STIPULATE to continue
10  the preliminary injunction hearing currently set for April 9, 2013, and to reset the hearing for
11  April 30, 2013, at 10:00 a.m.
12      The parties, by and through their counsel of record, and pursuant to Fed. R. Civ. P.
13  65(b)(2), FURTHER STIPULATE that the temporary restraining order issued by the Court on
14  March 26, 2013, shall remain in full force and effect until such time as the Court either grants Net
15  Connection's motion for preliminary injunction following the hearing on April 30, 2013, or
16  dissolves the temporary restraining order following that hearing.
17      IT IS SO STIPULATED.

DATED: April 4, 2013                         DOWNEY BRAND LLP

                                             By:      */s Tory E. Griffin*
                                                      TORY E. GRIFFIN
                                                      Attorney for Plaintiff
                                                      Net Connection Hayward, LLC

24  ///
25  ///
26  ///
27  ///
28

1310428.1                              2

| | | |
|---|---|---|
| 1 | DATED: April 4, 2013 | MICHAEL S. LAWSON, CITY ATTORNEY |

By: /s Michael G. Vigilia (as authorized 4/4/13)
MICHAEL G. VIGILIA
Assistant City Attorney, City of Hayward
Attorney for Defendant City of Hayward

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby continues the April 9, 2013 hearing on the Court's Order to Show Cause re Preliminary Injunction, and resets that hearing for April 30, 2013, at 10:00 a.m. in Courtroom 1 of the above-entitled Court.

The Court further orders that, pursuant to the stipulation of the parties, the terms of the temporary restraining order issued by the Court on March 26, 2013, shall remain in full force and effect until such time as the Court either grants Net Connection's motion for preliminary injunction following the hearing on April 30, 2013, or dissolves the temporary restraining order following that hearing.

IT IS SO ORDERED.

DATED: 04/08/2013  _____ JUDGE

*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA