1  DOWNEY BRAND LLP
   STEPHEN J. MEYER (Bar No. 75326)
2  TORY E. GRIFFIN (Bar No. 186181)
   KELLY L. POPE (Bar No. 235284)
3  1420 Rocky Ridge Dr., Suite 250
   Roseville, CA  95661-2859
4  Telephone: (916) 773-2100
   Facsimile: (916) 773-4004
5  smeyer@downeybrand.com
   tgriffin@downeybrand.com
6  kpope@downeybrand.com

7  Attorneys for Plaintiff
   Net Connection Hayward, LLC
8

9  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
10 MICHAEL G. VIGILIA (SBN 228353)
   Assistant City Attorney
11 CITY OF HAYWARD
   777 B Street, 4th Floor
12 Hayward, CA 94541-5007
   Tel: (510) 583-4450
13 Fax: (510) 583-3660
   Michael.lawson@hayward-ca.gov
14 Michael.vigilia@hayward-ca.gov

15 Attorneys for Defendant City of Hayward

16

                    UNITED STATES DISTRICT COURT

17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19 Net Connection Hayward, LLC, a          Case No.  C13-1212 SC
   California limited liability company,
20                                          **STIPULATION AND [PROPOSED]
          Plaintiff,                        ORDER TO EXTEND TIME TO FILE
21                                          SUPPLEMENTAL REPLY BRIEF**
   v.
22
   City of Hayward,
23
          Defendant.
24

25

26      On May 2, 2013, this Court issued an order requesting supplementary briefing after an

27 evidentiary hearing on Plaintiff Net Connection Hayward, LLC's ("Net Connection") motion for

28

   1310428.1                              1
   ────────────────────────────────────────────────────────────────
   STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL REPLY BRIEF

preliminary injunction. The Court set the briefing schedule as follows: Net Connection's supplementary opening brief was to be filed within ten days of the Court's order. Defendant the City of Hayward (the "City of Hayward") then has ten days from the filing date of Net Connection's brief to submit its supplementary opposition brief. Net Connection then has five days to submit a supplemental reply brief.

Net Connection filed its supplementary opening brief on May 13, 2013. As a result, the City of Hayward's supplementary opposition brief is due May 23, 2013 and Net Connection's supplementary reply brief is due May 28, 2013, per Fed. R. Civ. P. 6(a).

Given that three of the five days in which Net Connection has to file a reply brief fall on a holiday weekend (May 25-27), Net Connection requested that the City stipulate to allowing Net Connection an additional two days, until May 30, to file its reply brief. The City graciously granted this request.

Accordingly, the parties, by and through their counsel of record, HEREBY STIPULATE to extend the time Net Connection has to file its supplementary reply brief presently due on May 28, 2013. The deadline to file Net Connection's reply brief under the Court's May 2, 2013 Order shall be extended up to and including May 30, 2013.

IT IS SO STIPULATED.

DATED: May 16, 2013      DOWNEY BRAND LLP

By:    */s Tory E. Griffin*
       TORY E. GRIFFIN
       Attorney for Plaintiff
       Net Connection Hayward, LLC

1    DATED: May 16, 2013            MICHAEL S. LAWSON, CITY ATTORNEY

3                                    By:    s/ Michael G. Vigilia (as authorized 5/16/13)
4                                           MICHAEL G. VIGILIA
                                         Assistant City Attorney, City of Hayward
5                                          Attorney for Defendant City of Hayward

6                                                 **ORDER**

        Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby extends the deadline for Net Connection to file its supplementary reply brief as required by the Court's May 2, 2013 Order by an additional two days. Net Connection's supplemental reply brief shall now be filed on or before May 30, 2013.

        IT IS SO ORDERED.

DATED: 05/21/2013

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti