DOWNEY BRAND LLP
STEPHEN J. MEYER (Bar No. 75326)
TORY E. GRIFFIN (Bar No. 186181)
KELLY L. POPE (Bar No. 235284)
1420 Rocky Ridge Dr., Suite 250
Roseville, CA  95661-2859
Telephone: (916) 773-2100
Facsimile: (916) 773-4004
smeyer@downeybrand.com
tgriffin@downeybrand.com
kpope@downeybrand.com

Attorneys for Plaintiff
Net Connection Hayward, LLC


MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Net Connection Hayward, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>City of Hayward,<br><br>Defendant. | Case No.  C13-1212 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL REPLY BRIEF** |

On May 2, 2013, this Court issued an order requesting supplementary briefing after an

evidentiary hearing on Plaintiff Net Connection Hayward, LLC's ("Net Connection") motion for

1310428.1

1

1  preliminary injunction. The Court set the briefing schedule as follows: Net Connection's
2  supplementary opening brief was to be filed within ten days of the Court's order. Defendant the
3  City of Hayward (the "City of Hayward") then has ten days from the filing date of Net
4  Connection's brief to submit its supplementary opposition brief. Net Connection then has five
5  days to submit a supplemental reply brief.

6      Net Connection filed its supplementary opening brief on May 13, 2013. As a result, the
7  City of Hayward's supplementary opposition brief is due May 23, 2013 and Net Connection's
8  supplementary reply brief is due May 28, 2013, per Fed. R. Civ. P. 6(a).

9      Given that three of the five days in which Net Connection has to file a reply brief fall on a
10 holiday weekend (May 25-27), Net Connection requested that the City stipulate to allowing Net
11 Connection an additional two days, until May 30, to file its reply brief. The City graciously
12 granted this request.

13     Accordingly, the parties, by and through their counsel of record, HEREBY STIPULATE
14 to extend the time Net Connection has to file its supplementary reply brief presently due on May
15 28, 2013. The deadline to file Net Connection's reply brief under the Court's May 2, 2013 Order
16 shall be extended up to and including May 30, 2013.

17     IT IS SO STIPULATED.

18
19 DATED: May 16, 2013                      DOWNEY BRAND LLP

20
21                                            By: */s Tory E. Griffin*
22                                                  TORY E. GRIFFIN
                                                  Attorney for Plaintiff
23                                            Net Connection Hayward, LLC

1 | DATED: May 16, 2013                           MICHAEL S. LAWSON, CITY ATTORNEY

3 |                                                           By:    s/ Michael G. Vigilia (as authorized 5/16/13)
                                                                          MICHAEL G. VIGILIA
                                                                  Assistant City Attorney, City of Hayward
                                                                  Attorney for Defendant City of Hayward

## ORDER

   Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby extends the deadline for Net Connection to file its supplementary reply brief as required by the Court's May 2, 2013 Order by an additional two days. Net Connection's supplemental reply brief shall now be filed on or before May 30, 2013.

   IT IS SO ORDERED.

   DATED: 05/21/2013

   _____
   UNITED STATES DISTRICT JUDGE

   *(Seal: United States District Court, Northern District of California — Judge Samuel Conti)*