HUNT, JEPPSON & GRIFFIN, LLP
TORY E. GRIFFIN (Bar No. 186181)
1478 Stone Point Dr., Suite 100
Roseville, CA  95661
(916)780-7008
(916) 780-7118 (fax)
tgriffin@hjg-law.com

Attorneys for Plaintiff-Counterdefendant
Net Connection Hayward, LLC

MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant-Counterclaimant
City of Hayward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET CONNECTION HAYWARD, LLC, a California limited liability company<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD<br><br>              Defendants.<br><br>_____<br><br>CITY OF HAYWARD,<br><br>              Counterclaimant,<br><br>v.<br><br>NET CONNECTION HAYWARD, LLC, a California limited liability company,<br>              Counterdefendant. | Case No. C13-01212 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE**<br><br>**Hon. Samuel Conti, Courtroom 1**<br><br>**Trial Date: June 2, 2014**<br><br>IT IS SO ORDERED AS MODIFIED |

1    Plaintiff-counterdefendant Net Connection Hayward, LLC ("Plaintiff" or "Net Connection") and Defendant-counterclaimant the City of Hayward ("Defendant" or the "City") hereby submit this stipulation and proposed order to continue the currently scheduled trial date in this matter from June 2, 2014 to August 4, 2014.  The continuance is requested based on the changed conditions that have arisen as a consequence of the Court's ruling on the request for preliminary injunction in this matter (Doc. 54) and the related matter of *I Biz, LLC v. City of Hayward*, case no. 13-1537 (Doc. 44).  Since those orders were issued the City has ceased to enforce the moratorium embodied in Ordinance 13-05 and adopted Ordinance 13-17 in its place.  In light of the enactment of the new ordinance, Net Connection has filed a first amended complaint alleging new causes of action relating to Ordinance 13-17 (Doc. 61.)  The City has filed an answer and counterclaim seeking to injunctive and declaratory relief relating to Ordinance 13-17(Doc. 62.)  Additionally, counsel for Net Connection is unavailable during the week of June 9, 2014 and from June 29 – July 7, 2014.  Counsel for the City is unavailable on May 2, 2014.  Based on the foregoing, the Parties hereby stipulate as follows:

1. The trial date of June 2, 2014 is continued to August 4, 2014.
2. Pre-trial Conference is continued to July11, 2014.
3. Last day to hear motions is continued to June 6, 2014.

DATED:  March 18, 2014                HUNT, JEPPSON & GRIFFIN, LLP.


                                      By:       */s Tory E. Griffin (as authorized 3/18/14)*
                                          TORY E. GRIFFIN
                                          Attorney for Plaintiff-counterdefendant
                                          Net Connection Hayward, LLC


DATED:  March 18, 2014                MICHAEL S. LAWSON, CITY ATTORNEY


                                      By:      s/ *Michael G. Vigilia*
                                          MICHAEL G. VIGILIA
                                          Attorney for Defendant-counterclaimant
                                          City of Hayward

## [~~PROPOSED~~] ORDER

Good cause appearing before this Court and upon stipulation of the parties, it is hereby ORDERED that:

1. The trial date of June 2, 2014 is continued to August 4, 2014.

2. Pre-trial Conference is continued to ~~July 11, 2014~~. Friday, August 1, 2014 at 10:00 a.m.

3. Last day to hear motions is continued to June 6, 2014.

DATED: March  19,  2014



HON. S_____
UNITED_____GE

Judge Samuel Conti

IT IS SO ORDERED AS MODIFIED

---

Net Connection Hayward, LLC v. City of Hayward        Stipulation and [Proposed] Order Continuing Trial Date
USDC Case No. C13-01212 SC                   -3-