TORY E. GRIFFIN (SBN 186181)
**HUNT JEPPSON & GRIFFIN, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA  95661
Telephone:  (916) 780-7008
Facsimile:   (916) 780-7118

Attorneys for Plaintiff-Counterdefendant
NET CONNECTION HAYWARD, LLC

MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Telephone: (510) 583-4450
Facsimile: (510) 583-3660

Attorneys for Defendant-Counterclaimant
CITY OF HAYWARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| NET CONNECTION HAYWARD, LLC, a California limited liability company<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF HAYWARD,<br><br>       Defendants.<br><br>CITY OF HAYWARD<br><br>       Counterclaimant,<br><br>   v.<br><br>NET CONNECTION HAYWARD, LLC, a California limited liability company,<br><br>       Counterdefendant. | NO.  C13-01212 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>**Hon. Samuel Conti, Courtroom 1**<br><br>**Trial Date: August 4, 2014** |

- 1 -

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**

Due to scheduling conflicts in which Plaintiff-counterdefendant's counsel will not be in the state, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel that the hearing on the Motion for Summary Judgment of Defendant-Counterclaimant City of Hayward, filed on April 28, 2014, and noticed for hearing on June 6, 2014, at 10:00a.m., be continued to June 20, 2014 at 10:00a.m. or as soon thereafter as the matter can be heard.

The trial date is set for August 4, 2014 and was continued on March 19, 2014 pursuant to Court order based on stipulation of the parties. This Court order set the last day to hear motions as June 6, 2014. Because Plaintiff-Counterdefendant's counsel is unavailable due to a pre-planned vacation on June 6, 2014, the parties ask the Court to approve continuing this hearing on the Defendant-Counterclaimant's Motion for Summary Judgment to June 20, 2014, which the parties understand to be the next available date on the Court's calendar to hear the motion.

The parties do not request or anticipate any other required changes to the scheduling order in this case.

Dated: May 1, 2014                               **HUNT JEPPSON & GRIFFIN, LLP**

                                                    /s/
                                       TORY E. GRIFFIN
                                       Attorneys for Plaintiff-Counterdefendant
                                       NET CONNECTION HAYWARD, LLC

Dated: May 1, 2014                               **MICHAEL S. LAWSON, CITY ATTORNEY**

                                                    /s/
                                       MICHAEL G. VIGILIA
                                       Attorneys for Defendant-Counterclaimant
                                       CITY OF HAYWARD

HUNT JEPPSON & GRIFFIN, LLP
1478 Stone Point Drive, Suite 100, Roseville, CA 95661

### [PROPOSED] ORDER

Good cause appearing before this Court and upon stipulation of the parties, it is hereby ORDERED that the hearing on Defendant-Counterclaimant's Motion for Summary Judgment Hearing be continued to _____, 2014 at _____.

Dated: May __01__, 2014

The Motion for Summary Judgment shall be submitted on the papers and no appearances will be required.

HON. S_____
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

- 3 -

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING**