**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NET CONNECTION HAYWARD, LLC,

    Plaintiff,

  v.

CITY OF HAYWARD,

    Defendant.

Case No. C 13-1212 SC

ORDER STAYING CASE

    On April 28, 2014, Defendant City of Hayward filed a motion for summary judgment. ECF No. 67. In its opposition to the motion, Net Connection Hayward, LLC noted that the California Court of Appeal's decision in People v. Grewal, 224 Cal. App. 4th 527 (Cal. Ct. App. 2014), appeal docketed, No. S217896 (Cal. 2014), was the subject of a pending petition for review by the California Supreme Court. ECF No. 74, at 11. On June 25, 2014, the California Supreme Court granted the petition for review. Grewal, review granted, No. S217896 (Cal. June 25, 2014).

    Therefore, to avoid prematurely deciding a question of state law, this Court STAYS the case pending the decision in Grewal, and VACATES the trial date. Within fourteen (14) days of the California Supreme Court's decision in Grewal, the parties shall

file notice of the decision with the Court.  With that notice the parties shall file a joint status report outlining their future plans with respect to the motion for summary judgment and any pending or expected future motions.  If necessary, the Court will set a status conference for the purposes of scheduling a trial date and issue an order scheduling supplemental briefing on the motion.

If the parties do not file notice and a joint status report following the decision in Grewal, the stay will be lifted, and the Court will decide the motion for summary judgment.

IT IS SO ORDERED.

Dated: June 30, 2014

UNITED STATES DISTRICT JUDGE